B&N File # 14398.28AS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (Newark)

================================= :
: 
**ELIZABETH MATOS**    :   Civil Action No.
:
   Plaintiff    :
:   2:18-cv-008009
      vs.    :
:   NOTICE OF REMOVAL
**COLLECTION BUREAU OF THE**    :
**HUDSON VALLEY, INC.;**    :
**ABC CORPS I-X**    :
:
   Defendants    :
:
================================= :

**TO THE CLERK OF THE COURT:**

    **PLEASE TAKE NOTICE** that Defendant Collection Bureau of the Hudson Valley, Inc. (hereinafter "CBHV"), by and through its undersigned counsel respectfully notifies this Court of the removal of the above-captioned matter from the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County to the United States District Court for the District of New Jersey as follows:

    1.    This action was commenced in the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County, by the filing of a Complaint on March 12, 2018, titled <u>Elizabeth Matos v. Collection Bureau of the Hudson Valley, Inc., et al</u>, Docket Number DC-004034-18 (hereinafter "the State Court Action"). A true and accurate copy of the Civil Action Summons and Complaint are annexed hereto as one Exhibit "A" pursuant to 28 U.S.C. § 1446(a).

    2.    CBHV was served with the Summons and Complaint on March 19, 2018.

3. Plaintiff brought this action for alleged violations by CBHV of the Fair Debt Collection Practices Act, Section 1692 *et seq*., of Title 15 of the United States Code (See Complaint, ¶ 1 "Jurisdiction and Venue").  As such, this is a claim over which the District Court has jurisdiction based on a federal question pursuant to 28 U.S.C. § 1331; thus, same is removable to the District Court of New Jersey under 28 U.S.C. § 1441.

4. The instant Notice of Removal is being filed within the thirty (30) day time-frame as allowed under the Federal Rules of Civil Procedure. Therefore, pursuant to 28 U.S.C. § 1446(b), the instant Notice of Removal is timely.

5. CBCV will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. 1446(d).

6. CBHV will file a true and accurate copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, CBHV respectfully requests that the aforementioned State Court Action, now pending in the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County, be removed to the United States District Court for the District of New Jersey.

Respectfully submitted,
BARRON & NEWBURGER, P.C.

Dated:  April 18, 2018        By:        *s/Mitchell L. Williamson*
Mitchell L. Williamson, Esq.
Barron & Newburger, PC
458 Elizabeth Ave - Suite 5371
Somerset, N.J. 08873
Phone: (732) 328-9480
mwilliamson@bn-lawyers.com
**Attorneys for Defendant,
CBHV Adjustment Services, Inc.**